

**Isaac B. Zaur**
izaur@cgr-law.com
Direct: 212.633.4314

July 17, 2018

**By ECF**

Hon. P. Kevin Castel
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Shareholder Representative Services LLC v. Scribble Technologies, Inc.*, 17-cv-2056

Dear Judge Castel,

Our two firms represent plaintiff and defendant, respectively, in the above-named matter. We write jointly to advise the Court that the parties have reached a settlement of this matter in principle and to request that the Court hold in abeyance any decision on defendant's motion for reconsideration, pending the drafting and execution of final settlement documents and the submission of a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.

The Court previously scheduled the next case management conference in this matter for October 19, 2018. We anticipate that the settlement will be complete well in advance of that date.

The parties thank the Court for its attention to this matter and are available at the Court's convenience if any questions should arise.

Sincerely yours,

Isaac B. Zaur
Clarick Gueron Reisbaum LLP
Counsel for Plaintiff

Jared L. Kagan
Debevoise & Plimpton LLP
Counsel for Defendant