

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

October 16, 2018

**BY ECF**

Hon. P. Kevin Castel
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*Shareholder Representative Services LLC v. Scribble Technologies, Inc.*,
17-cv-2056(PKC)

Dear Judge Castel:

We represent defendant and plaintiff, respectively, in the above-captioned matter. We write jointly to request an adjournment of the case management conference scheduled for October 19, 2018. No previous request for an adjournment of the case management conference has been sought.

As noted in the parties' joint letter of July 17, 2018 (ECF No. 39), the parties have reached a settlement in this matter and are finalizing the written settlement documentation. The parties propose providing a status update to the Court by letter on October 26, 2018.

The parties thank the Court for its attention in this matter and are available at the Court's convenience to answer any questions.

Respectfully submitted,


*/s/*                                               */s/*
Jared I. Kagan                                      Isaac B. Zaur,
Debevoise & Plimpton LLP                            Clarick Gueron Reisbaum LLP
Counsel for Defendant                               Counsel for Plaintiff

www.debevoise.com