

**CLARICK GUERON REISBAUM**

**Isaac B. Zaur**
izaur@cgr-law.com
Direct: 212.633.4314

October 26, 2018

**By ECF**

Hon. P. Kevin Castel
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Shareholder Representative Services LLC v. Scribble Technologies, Inc.*, 17-cv-2056

Dear Judge Castel,

Report to the Court on status on November 19, 2018
SO ORDERED
[signature] USDJ
11-1-18

Our two firms represent plaintiff and defendant, respectively, in the above-named matter. As promised in our joint letter of October 16, we write to provide a status update concerning the anticipated settlement of this matter.

We have exchanged multiple drafts of a settlement agreement and the parties have agreed to all material terms. One outstanding logistical issue remains that we are hopeful will be resolved shortly. We will advise the Court promptly once the settlement is final.

We appreciate the Court's attention to this matter and are available at the Court's convenience if any questions should arise.

Sincerely yours,

/s/Isaac B. Zaur

Isaac B. Zaur
Clarick Gueron Reisbaum LLP
Counsel for Plaintiff

/s/Jared L. Kagan

Jared L. Kagan
Debevoise & Plimpton LLP
Counsel for Defendant