

**Isaac B. Zaur**
izaur@cgr-law.com
Direct: 212.633.4314

November 19, 2018

**By ECF**

Hon. P. Kevin Castel
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Shareholder Representative Services LLC v. Scribble Technologies, Inc.*, 17-cv-2056

Dear Judge Castel,

Our two firms represent plaintiff and defendant, respectively, in the above-named matter. As directed by the Court by memo endorsement on November 1, 2018, we write to provide a status update concerning the settlement of this matter.

The parties have finalized and executed a settlement agreement. Earlier today defendant filed a joint stipulation dismissing this action.

We appreciate the Court's attention to this matter and are available at the Court's convenience if any questions should arise.

Sincerely yours,

/s/Isaac B. Zaur                              /s/Jared L. Kagan

Isaac B. Zaur                                 Jared L. Kagan
Clarick Gueron Reisbaum LLP                   Debevoise & Plimpton LLP
Counsel for Plaintiff                         Counsel for Defendant