UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAREHOLDER REPRESENTATIVE
SERVICES LLC, a Colorado limited
liability company,

         Plaintiff,

v.

SCRIBBLE TECHNOLOGIES INC, a
Canadian corporation; and Does 1 through
20,

         Defendants.

Case No: 1:17-cv-02056-PKC

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Shareholder Representative Services LLC and defendant Scribble Technologies Inc., by and through their counsel of record, hereby stipulate to the dismissal of this action with prejudice. Each party is to bear its own costs and attorneys' fees.

Dated: New York, New York
       November 2, 2018

CLARICK GUERON REISBAUM LLP

By: _____

Nicole Gueron
Isaac B. Zaur
220 Fifth Avenue, 14th Floor
New York, NY 10001
*Counsel for plaintiff*

DEBEVOISE & PLIMPTON LLP

By: _____

Maura K. Monaghan
Jared I. Kagan
919 Third Avenue
New York, NY 10022
*Counsel for defendant*